FILED

2006 Jan-10  PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| MATTHEW WAYNE TUBBS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-PWG-3133-S |
| | ) |
| WARDEN STEPHEN BULLARD; | ) |
| ATTORNEY GENERAL FOR THE STATE | ) |
| OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

<u>FINAL JUDGMENT</u>

On December 16, 2005 the magistrate judge's findings and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendation made by the magistrate judge.  No objections have been filed to the magistrate judge's findings and recommendation.

After careful consideration of the record in this case and the magistrate judge's findings and recommendation the court hereby ADOPTS the findings of the magistrate judge.  The court further ACCEPTS the recommendation of the magistrate judge.  It is therefore ORDERED, ADJUDGED AND DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DISMISSED as untimely.

DONE this the 10th day of January, 2006.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE